UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 12-5604 DSF (PJWx) | Date | 7/9/12 |
|---|---|---|---|

| Title | Estate of Kenneth Paul Munoz, Jr., et al. v. County of San Bernardino, etc., et al. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      (In Chambers) Order to Show Cause re Guardian ad Litem


       This Court has reviewed the Application for Order Appointing Candis Beas as Guardian ad Litem of the Minors A.T.M. and M.P.M., and the Order appointing the guardian.  The guardian has not explained her relationship with the minors or the other Plaintiffs.  Therefore, the Court is not satisfied that the guardian does not have a conflict of interest.  The guardian is ordered to show cause in writing why the Court should not appoint a different and independent guardian for the minor children.  A written response to this Order to Show Cause must be filed no later than July 23, 2012.


       IT IS SO ORDERED.