# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KENNETH PAUL MUNOZ, JR., by and through its personal representative KENNETH MUNOZ, SR.; KENNETH MUNOZ, SR.; CORINE MUNOZ; A.T.M., a minor, and M.P.M., a minor, by and through their Guardian Ad Litem CANDIS BEAS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; SAN BERNARDINO SHERIFF'S DEPARTMENT; Deputy ISMAEL DIAZ; and Sgt. MICHAEL O'BRIEN; and DOES 1 through 10, individually and in their official capacity as San Bernardino County Sheriff's Department Deputies,<br><br>　　　　　　Defendants. | Case No: CV-12-05604-DSF (PJWx)<br>[*Hon. Dale S. Fischer, District Judge; Hon. Patrick J. Walsh, Magistrate Judge*]<br><br>**[ ORDER FOR DISMISSAL WITH PRJUDICE OF THE ACTION IN ITS ENTIRETY**<br><br><br>Complaint Filed:　07/03/2012<br>Trial Date:　　　Vacated |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all

- 1 –

of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. In light of the parties' out-of-court resolution of the claims at issue, the Court hereby **DISMISSES WITH PREJUDICE** the above entitled action in its entirety, including dismissal with prejudice of all claims against any and all parties to such action, and dismissal with prejudice of all parties to such action.

2. Nothing in this Order shall be construed as any addendum or modification of the parties' written release-settlement agreement, as modified by the Court's Order of January 10, 2014 [Dkt. Doc. 71].

3. Nothing in this Order shall be construed as affecting, modifying, or vacating the Court's Protective Order re Confidential Documents [Dkt. Doc. 13], and the Court shall retain jurisdiction to enforce such Protective Order as may be warranted.

**IT IS SO ORDERED.**

4/14/14

Dated: _____           _____
                                  UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

Mildred K. O'Linn, Esq. (State Bar No. 159055)
Tony M. Sain, Esq. (State Bar No. 251626)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com; tms@manningllp.com

Attorneys for Defendant(s),
COUNTY OF SAN BERNARDINO
(erroneously sued as two separate parties by the names COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT); SGT. MICHAEL O'BRIEN; DEPUTIES ISMAEL DIAZ; JOSEPH PEREA; DANIEL LYNCH; and LARRY SCOTT

- 3 –